```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PFIZER, INC.                    :
                                : CIVIL ACTION
        Plaintiff               :
                                :
    vs.                         : NO. 17-CV-4180
                                :
JOHNSON & JOHNSON and            :
JANSSEN BIOTECH, INC.           :
                                :
        Defendants              :
```

**ORDER**

AND NOW, this    16th    day of October, 2017, upon consideration of the Parties' Stipulation for the Extension of Time to Respond, it is hereby ORDERED that the Stipulation is APPROVED and the time within which Defendants have to move, answer or otherwise respond to the Plaintiff's Complaint is EXTENDED to November 28, 2017.


                                BY THE COURT:


                                s/J. Curtis Joyner
                                J. CURTIS JOYNER,      J.