UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

PFIZER INC.,

        Plaintiff,

vs.

JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,

        Defendants.

---

Civil Action No. 2:17-cv-4180 (JCJ)

**FILED**
JAN 17 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## STIPULATION FOR LEAVE TO FILE REPLY BRIEF

WHEREAS, on November 28, 2017, Defendants Johnson & Johnson and Janssen Biotech, Inc. filed a Motion to Dismiss the Complaint (Docket No. 27);

WHEREAS, the Court by order dated December 6, 2017 approved the parties' stipulation extending the time for Plaintiff Pfizer Inc. to respond to Defendants' Motion to Dismiss up to and including January 12, 2018 (Docket No. 32);

WHEREAS, Pfizer Inc. thereafter filed its opposition to Defendants' Motion to Dismiss on January 12, 2018 (Docket No. 42);

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties, through their respective counsel, that in order to respond to the arguments raised by Pfizer Inc. in its opposition, Defendants Johnson & Johnson and Janssen Biotech, Inc. may file a reply brief in further support of their Motion to Dismiss on or before February 1, 2018.

No provision of this Stipulation shall be construed as a waiver of, and the parties hereby expressly reserve, any and all claims and defenses.

Dated: January 17, 2018

| | |
|---|---|
| By: /s/ Leslie E. John | By: /s/ Ross E. Elfand |

Leslie E. John (PA 62290)  
Matthew I. Vahey (PA 315920)  
BALLARD SPAHR LLP  
1735 Market Street, 51st Floor  
Philadelphia, PA 19103  
Tel: (215) 665-8500  
john@ballardspahr.com  
vaheym@ballardspahr.com  

William F. Cavanaugh (*pro hac vice*)  
Adeel A. Mangi (*pro hac vice*)  
Jonathan H. Hatch (*pro hac vice*)  
Jamison Davies (*pro hac vice*)  
PATTERSON BELKNAP WEBB & TYLER LLP  
1133 Avenue of the Americas  
New York, NY 10036-6710  
Tel: (212) 336-2000  
wfcavanaugh@pbwt.com  
aamangi@pbwt.com  
jhatch@pbwt.com  
jmdavies@pbwt.com  

Thomas O. Barnett (*pro hac vice*)  
Ashley E. Bass (*pro hac vice*)  
COVINGTON & BURLING LLP  
850 Tenth Street, NW  
Washington, DC 20001-4956  
Tel: (202) 662-6000  
tbarnett@cov.com  
abass@cov.com  

*Counsel for Johnson & Johnson and Janssen Biotech Inc.*

Robert A. Milne (*pro hac vice*)  
Michael J. Gallagher (*pro hac vice*)  
Bryan D. Gant (*pro hac vice*)  
Ross E. Elfand (*pro hac vice*)  
WHITE & CASE LLP  
1221 Avenue of the Americas  
New York, NY 10020-1095  
Tel: (212) 819-8200  
Fax: (212) 354-8113  
rmilne@whitecase.com  
mgallagher@whitecase.com  
bgant@whitecase.com  
relfand@whitecase.com  

Elliott E. Dionisio (*pro hac vice*)  
WHITE & CASE LLP  
555 S. Flower Street, Suite 2700  
Los Angeles, CA 90071-2433  
Tel: (213) 620-7700  
Fax: (213) 452-2329  
elliott.dionisio@whitecase.com  

H. Robert Fiebach (PA 02812)  
Peter M. Ryan (PA 81816)  
COZEN O'CONNOR  
One Liberty Place  
1650 Market Street, Suite 2800  
Philadelphia, PA 19103  
Tel: (215) 665-4166  
rfiebach@cozen.com  
pryan@cozen.com  

*Counsel for Pfizer Inc.*

So Ordered:

/s/ Hon. J. Curtis Joyner

January 17, 2018

2