# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PFIZER INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 17-cv-4180 |
| JOHNSON & JOHNSON and JANSSEN BIOTECH, INC., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 26th day of February, 2018, upon consideration of Defendants' Motion to Stay Discovery (Doc. No. 39) and Plaintiff's response thereto (Doc. No. 43), it is hereby ORDERED as follows:

1. Defendants' Motion to Stay is GRANTED; and
2. Discovery is STAYED pending resolution of Defendants' Motion to Dismiss (Doc. No. 27).

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.