# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
PFIZER INC.,                           :
                                       :
       Plaintiff,                      :    CIVIL ACTION
                                       :
    v.                                 :    No. 17-cv-4180
                                       :
JOHNSON & JOHNSON and JANSSEN          :
BIOTECH, INC.,                         :
                                       :
       Defendants.                     :
```

## ORDER

AND NOW, this 8th day of August, 2018, upon consideration of Defendants' Motion to Dismiss (Doc. No. 27) and Corrected Memorandum in Support thereof (Doc. No. 31), Plaintiff's Response in Opposition thereto (Doc. No. 42), Defendants' Reply in Support thereof (Doc. No. 48), and Plaintiff's Notice of Supplemental Authority (Doc. No. 54), it is hereby ORDERED that Defendants' Motion to Dismiss is DENIED.

It is further ORDERED that the Court's prior Order Staying Discovery (Doc. No. 50) is hereby LIFTED.

BY THE COURT:

S/J. CURTIS JOYNER_____
J. CURTIS JOYNER,          J.