# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PFIZER INC., | : | CIVIL ACTION |
|       Plaintiff, | : | |
| v. | : | No. 17-cv-04180 |
| JOHNSON & JOHNSON and JANSSEN BIOTECH, INC., | : | |
| | : | |
|       Defendants. | : | |

| | | |
|---|---|---|
| IN RE REMICADE ANTITRUST LITIGATION | : | CIVIL ACTION |
| | : | |
| This document relates to: | : | |
| Indirect Purchaser Actions | : | No. 17-cv-04326 (consolidated) |
| | : | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE PRETRIAL SCHEDULE TO EXTEND DEADLINES BY FOUR MONTHS**

      Plaintiff Pfizer Inc. writes to inform the Court that Defendants Johnson & Johnson and Janssen Biotech, Inc. ("J&J"), just yesterday (June 26, 2019), produced over one million pages of documents despite asserting in its opposition to Plaintiffs' motion that it had substantially completed its production. ECF No. 90 at 7, 9, 10. J&J's voluminous production provides all the more support for Plaintiffs' modest four-month extension of the pretrial deadlines. As detailed in the briefing to date, the additional time is needed to adequately complete discovery in this complex, bellwether case.

Date: June 27, 2019

                                              /s/ Robert A. Milne
                                              Robert A. Milne (*Pro Hac Vice*)

Michael J. Gallagher (*Pro Hac Vice*)
Ross E. Elfand (*Pro Hac Vice*)
David H. Suggs (*Pro Hac Vice*)
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Tel:  +1 212 819 8200
Fax:  + 1 212 354 8113
rmilne@whitecase.com
mgallagher@whitecase.com
relfand@whitecase.com
dsuggs@whitecase.com

Elliott E. Dionisio (*Pro Hac Vice*)
White & Case LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Tel:  +1 213 620 7700
Fax:  + 1 213 452 2329
elliott.dionisio@whitecase.com

Trisha M. Grant (*Pro Hac Vice*)
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005-3807
Tel:  +1 202 625 3600
Fax:  + 1 202 639 9355
trisha.grant@whitecase.com

H. Robert Fiebach (PA 02812)
Peter M. Ryan (PA 81816)
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel:  +1 215 665 4166
Fax:  +1 215 665 2013
rfiebach@cozen.com
pryan@cozen.com

*Counsel for Pfizer Inc.*

## **CERTIFICATE OF SERVICE**

I, Robert A. Milne, hereby certify that on June 27, 2019, I caused true and correct copies of the Supplemental Memorandum in Support of Plaintiffs' Motion to Amend the Pretrial Schedule to Extend the Deadlines by Four Months to be filed on the CM/ECF system, and I served by electronic mail upon the following counsel for the Defendants:

- Sara A. Arrow (sarrow@pbwt.com)
- Thomas O. Barnett (tbarnett@cov.com)
- Ashley E. Bass (abass@cov.com)
- William F. Cavanaugh (wfcavanaugh@pbwt.com)
- Benjamin F. Jackson (bjackson@pbwt.com)
- Leslie E. John (john@ballardspahr.com)
- Jonah M. Knobler (jknobler@pbwt.com)
- Jonathan H. Hatch (jhatch@pbwt.com)
- George A. LoBiondo (globiondo@pbwt.com)
- Adeel A. Mangi (aamangi@pbwt.com)
- Stephanie Teplin (steplin@pbwt.com)
- Matthew Vahey (vaheym@ballardspahr.com)

/s/ Robert A. Milne
Robert A. Milne (*Pro Hac Vice*)
White & Case LLP
1221 Avenue of the Americas
New York, NY 10025-1095
Tel: (212) 819-8200
Fax: (212) 354-8113
rmilne@whitecase.com

AMERICAS 100208956