UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PFIZER INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>    Defendants. | Civil Action No. 2:17-cv-04180-JCJ |
| IN RE: REMICADE ANTITRUST LITIGATION | Civil Action No. 2:17-cv-4326-JCJ |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS CONCERNING PAYER CONTRACTS FOR REMICADE**

Plaintiffs in the above-captioned cases ("Plaintiffs") hereby move the Court to compel Defendants Johnson & Johnson and Janssen Biotech, Inc. ("J&J") to produce documents concerning J&J's contracts with certain specified third-party payers relating to J&J's product, Remicade. Such documents are relevant because, as alleged in Plaintiffs' complaints, J&J intended to and did enter contracts with third-party payers to preserve its monopoly in Remicade by blocking competition from biosimilars to Remicade. The documents are proportional to the needs of the case considering the significant public importance of the issues at stake, the large amount in controversy, J&J's exclusive access to relevant information, J&J's substantial resources, the criticality of the discovery in resolving the issues, and the limited burden of the proposed discovery in comparison to its likely benefit. The facts and law in support of the motion are more fully set forth in the accompanying Memorandum.

WHEREFORE, Plaintiffs respectfully request that the Court enter the proposed Order

1

granting Plaintiffs' Motion to Compel Defendants to Produce Documents Concerning Payer Contracts for Remicade.

Date: November 4, 2019

Respectfully submitted,

/s/ *[signature]*

Robert A. Milne (*Pro Hac Vice*)
Michael J. Gallagher (*Pro Hac Vice*)
Ross E. Elfand (*Pro Hac Vice*)
David H. Suggs (*Pro Hac Vice*)
White & Case LLP
1221 Avenue of the Americas
New York, NY 10025-1095
Tel: (212) 819-8200
Fax: (212) 354-8113
rmilne@whitecase.com
mgallagher@whitecase.com
relfand@whitecase.com
dsuggs@whitecase.com

H. Robert Fiebach (PA 02812)
Peter M. Ryan (PA 81816)
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel:  (215) 665-4166
Fax: (215) 665-2013
rfiebach@cozen.com
pryan@cozen.com

Elliott E. Dionisio (*Pro Hac Vice*)
White & Case LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Tel: (213) 620-7700
Fax: (213) 452-2329
elliott.dionisio@whitecase.com

AMERICAS 101372637

Trisha M. Grant (*Pro Hac Vice*)
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: +1 202 625 3600
Fax: + 1 202 639 9355
trisha.grant@whitecase.com

*Counsel for Pfizer Inc.*


/s *Alexandra S. Bernay*

Patrick J. Coughlin
David W. Mitchell
Brian O'Mara
Alexandra S. Bernay
Carmen A. Medici
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
patc@rgrdlaw.com
davidm@rgrdlaw.com
bomara@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

Randi D. Bandman
ROBBINS GELLER RUDMAN
& DOWD LLP
30 Vesey Street, Suite 200
New York, NY 10007
Tel: (212) 693-1058
randib@rgrdlaw.com

*Interim Lead Counsel for the Proposed Indirect Purchaser Class*

Jayne A. Goldstein (#48048)
Natalie Finkelman Bennett (#57197)

          James C. Shah (#80337)
          SHEPHERD, FINKELMAN, MILLER &
          SHAH, LLP
          35 East State Street
          Media, PA 19063
          Tel: (610) 891-9880
          Fax: (866) 300-7367
          jgoldstein@sfmslaw.com
          nfinkelman@sfmslaw.com
          jshah@sfmslaw.com

          *Interim Liaison Counsel for the Proposed*
          *Indirect Purchaser Class*

4

## CERTIFICATE OF SERVICE

I, David H. Suggs, hereby certify that on November 4, 2019, I caused true and correct copies of Plaintiffs' Motion to Compel Defendants to Produce Documents Concerning Payer Contracts for Remicade, and I served by electronic mail upon the following counsel for the Defendants:

- Sara A. Arrow (sarrow@pbwt.com)
- Thomas O. Barnett (tbarnett@cov.com)
- Ashley E. Bass (abass@cov.com)
- William F. Cavanaugh (wfcavanaugh@pbwt.com)
- Benjamin F. Jackson (bjackson@pbwt.com)
- Leslie E. John (john@ballardspahr.com)
- Jonah M. Knobler (jknobler@pbwt.com)
- Jonathan H. Hatch (jhatch@pbwt.com)
- George A. LoBiondo (globiondo@pbwt.com)
- Adeel A. Mangi (aamangi@pbwt.com)
- Stephanie Teplin (steplin@pbwt.com)
- Matthew Vahey (vaheym@ballardspahr.com)

/s/ *David H. Suggs*
David H. Suggs (*Pro Hac Vice*)
White & Case LLP
1221 Avenue of the Americas
New York, NY 10025-1095
Tel: (212) 819-2686
Fax: (212) 354-8113
dsuggs@whitecase.com

1

AMERICAS 101372637