**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PFIZER INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 17-CV-4180 |
| | : | |
| JOHNSON & JOHNSON and | : | |
| JANSSEN BIOTECH, INC., | : | |
| | : | |
| Defendants | : | |

**FILED**

**NOV 1 2 2019**

KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this  5th  day of November, 2019, upon

consideration of the Letter Request of Defendants' Counsel for

Clarification and/or Supplementation of this Court's Order of

October 29, 2019 and following telephone conference with the

parties, it is hereby ORDERED that Defendant's Motion to Compel

a Reciprocal Limited Update of the Parties' Document Productions

is GRANTED IN PART and a reciprocal update of the document

collections for 10 existing custodians per side (to be chosen by

the opposing party) shall be made such that those chosen

custodians shall produce a reciprocal update of transactional

data, contracts, Average Sales Price ("ASP") data, profit and

cost information, sales training materials, and pricing

committee minutes from the date of last production to the

present.

BY THE COURT:

J. CURTIS JOYNER,                    J.