# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PFIZER INC., | : | CIVIL ACTION |
|       Plaintiff, | : | |
| v. | : | No. 17-cv-04180 |
| JOHNSON & JOHNSON and JANSSEN BIOTECH, INC., | : | |
| | : | |
|       Defendants. | : | |

| | | |
|---|---|---|
| IN RE REMICADE ANTITRUST LITIGATION | : | CIVIL ACTION |
| | : | |
| This document relates to: | : | No. 17-cv-04326 (consolidated) |
| Indirect Purchaser Actions | : | |
| | : | |

**STIPULATION AND ORDER TO PARTIALLY SUSPEND REQUIREMENTS OF STIPULATION AND ORDER REGARDING PRIVILEGED MATERIAL**

In light of the continuing and escalating public health crisis relating to the coronavirus (COVID-19) pandemic, the parties in the above-captioned matters stipulate and agree as follows:

WHEREAS a number of state and local governments, including in the states of New York, California, Massachusetts, New Jersey, and Tennessee—locations where many attorneys live or work—have ordered all persons to remain home and/or closed all nonessential businesses;

WHEREAS this Court's Stipulation and Order Regarding Protocol for Privileged Material (ECF No. 75) (the "Order") applies to documents produced during discovery in these matters;

WHEREAS ¶ 20 of the Order requires the parties to return, destroy or delete any document within ten (10) court days after receipt of notification that such document contains Privileged Information;[1] and

WHEREAS governmental restrictions against the operation of non-essential businesses and the reasonably held concerns of the parties make it impossible, impracticable, or unsafe to return, destroy or delete some documents containing Privileged Information in compliance with the deadlines set forth in the Order.

The parties have therefore agreed:

(1)     With respect only to documents to which the parties have restricted, limited or unsafe access, the Order's requirement that parties return, destroy or delete any document containing Privileged Information within ten (10) court days is suspended until such time as the parties agree to reinstate the provisions of ¶ 20 of the Order with respect to such documents.

(2)     Notwithstanding ¶ 1 of this Stipulation and Order, the parties will make all reasonable efforts to continue complying with the Order as entered on November 14, 2018.

In consideration of the above, it is ORDERED that this Court's Stipulated Order Regarding Protocol for Privileged Information, dated November 14, 2018 (ECF No. 75), is AMENDED such that its requirement, set forth in ¶ 20, that the parties return, destroy or delete any document within ten (10) court days after receipt of notification that such document contains Privileged Information is suspended as to documents to which the parties have restricted, limited or unsafe access until such time as the parties agree to reinstate the provisions of ¶ 20 of the Order with respect to such documents.

---

[1] The Order defines Privileged Information as "produced documents, data, or information protected by the attorney-client privilege, work product doctrine, common interest privilege or any other applicable privilege or immunity."

Dated: March 27, 2020 　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s William F. Cavanaugh | /s Robert A. Milne |
| William F. Cavanaugh (*pro hac vice*) | Robert A. Milne (*Pro Hac Vice*) |
| Adeel A. Mangi (*pro hac vice*) | Michael J. Gallagher (*Pro Hac Vice*) |
| Jonathan H. Hatch (*pro hac vice*) | Bryan D. Gant (*Pro Hac Vice*) |
| George LoBiondo (*pro hac vice*) | Ross E. Elfand (*Pro Hac Vice*) |
| PATTERSON BELKNAP WEBB & TYLER LLP | David H. Suggs (*Pro Hac Vice*) |
| 1133 Avenue of the Americas | White & Case LLP |
| New York, NY 10036-6710 | 1221 Avenue of the Americas |
| Tel: (212) 336-2000 | New York, NY 10025-1095 |
| wfcavanaugh@pbwt.com | Tel: (212) 819-8200 |
| aamangi@pbwt.com | Fax: (212) 354-8113 |
| jhatch@pbwt.com | rmilne@whitecase.com |
| jmdavies@pbwt.com | mgallagher@whitecase.com |
| | bgant@whitecase.com |
| Leslie E. John (PA Id. No. 62290) | relfand@whitecase.com |
| Matthew I. Vahey (PA Id. No. 315920) | dsuggs@whitecase.com |
| BALLARD SPAHR LLP | |
| 1735 Market Street, 51st Floor | H. Robert Fiebach (PA 02812) |
| Philadelphia, PA 19103 | Peter M. Ryan (PA 81816) |
| Tel: (215) 665-8500 | Cozen O'Connor |
| john@ballardspahr.com | One Liberty Place |
| vaheym@ballardspahr.com | 1650 Market Street, Suite 2800 |
| | Philadelphia, PA 19103 |
| | Tel: (215) 665-4166 |
| Thomas O. Barnett (*pro hac vice*) | Fax: (215) 665-2013 |
| Ashley E. Bass (*pro hac vice*) | rfiebach@cozen.com |
| COVINGTON & BURLING LLP | pryan@cozen.com |
| 850 Tenth Street, NW | |
| Washington, DC 20001-4956 | Elliott E. Dionisio (*Pro Hac Vice*) |
| Tel: (202) 662-6000 | White & Case LLP |
| tbarnett@cov.com | 555 S. Flower Street, Suite 2700 |
| abass@cov.com | Los Angeles, CA 90071-2433 |
| | Tel: (213) 620-7700 |
| *Counsel for Johnson & Johnson and Janssen Biotech, Inc.* | Fax: (213) 452-2329 |
| | elliott.dionisio@whitecase.com |
| | |
| | Trisha M. Grant (*Pro Hac Vice*) |
| | White & Case LLP |

3

701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: +1 202 625 3600
Fax: + 1 202 639 9355
trisha.grant@whitecase.com

*Counsel for Pfizer Inc.*


/s Alexandra S. Bernay
Patrick J. Coughlin
David W. Mitchell
Brian O'Mara
Alexandra S. Bernay
Carmen A. Medici
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
patc@rgrdlaw.com
davidm@rgrdlaw.com
bomara@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

Randi D. Bandman
ROBBINS GELLER RUDMAN
& DOWD LLP
30 Vesey Street, Suite 200
New York, NY 10007
Tel: (212) 693-1058
randib@rgrdlaw.com

*Interim Lead Counsel for the Proposed Indirect Purchaser Class*

Jayne A. Goldstein (#48048)
Natalie Finkelman Bennett (#57197)
James C. Shah (#80337)
SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
35 East State Street
Media, PA 19063

4

Tel: (610) 891-9880
Fax: (866) 300-7367
jgoldstein@sfmslaw.com
nfinkelman@sfmslaw.com
jshah@sfmslaw.com

*Interim Liaison Counsel for the Proposed Indirect Purchaser Class*

SO ORDERED BY THE COURT:

_____s/ J. Curtis Joyner_____
J. Curtis Joyner, J.

_____3/30/2020_____
Date