```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| PFIZER, INC., | : |
| | : CIVIL ACTION |
|     Plaintiff | : |
| | : |
|   Vs. | : NO. 17-CV-4180 |
| | : |
| JOHNSON & JOHNSON and | : |
| JANSSEN BIOTECH, INC., | : |
| | : |
|     Defendants | : |

**<u>ORDER</u>**

AND NOW, this 1st day of July, 2020, upon consideration of the Uncontested Joint Motion of Defendants Johnson & Johnson and Janssen Biotech, Inc. and Non-Party Blue Cross and Blue Shield of Massachusetts, Inc. (BCBSMA) to Compel Production (Doc. No. 148) and it appearing to the Court that BCBSMA consents to jurisdiction for this purpose, that Plaintiff has not filed any response or objection thereto and that good cause exists for the relief requested in the said Motion, it is hereby ORDERED that the Motion is GRANTED and BCBSMA is DIRECTED to produce all responsive documents sought by Request No. 14 in the subpoenas served by Defendants on BCBSMA on May 31, 2019, subject to the terms otherwise agreed to by the Defendants and BCBSMA.

IT IS FURTHER ORDERED that nothing in this Order shall supersede any agreements between Defendants and BCBSMA regarding the production of said documents.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER,     J.