UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PFIZER INC., <br>         Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON and JANSSEN BIOTECH, INC., <br><br>         Defendants. | Civil Action No. <br><br> 17-cv-04180 |

### ORDER

**AND NOW**, this \_\_\_\_\_ day of _____, 2021, upon consideration of Defendants' Motion to Withdraw the Appearance of Julia R. Livingston as Counsel and any responses thereto, it is **HEREBY ORDERED** that the motion is **GRANTED**.

                                              BY THE COURT

                                              J. Curtis Joyner, J.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PFIZER INC.,<br>          Plaintiff,<br><br>               v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>          Defendants. | Civil Action No.<br><br>17-cv-04180 |

### DEFENDANTS' MOTION TO WITHDRAW THE APPEARANCE OF BENJAMIN F. JACKSON AS COUNSEL

Defendants Johnson & Johnson and Janssen Biotech, Inc. move to withdraw the appearance of Julia R. Livingston.  *See* L. R. Civ. P. 5.1(c).  Ms. Livingston's application to practice in this Court pursuant to Local Rule 83.5.2 was granted on January 16, 2020.  ECF No. 130.  Ms. Livingston has accepted another position and will no longer be associated with Patterson Belknap Webb & Tyler LLP as of January 22, 2021.  Defendants will continue to be represented in this matter by their remaining counsel.

For the foregoing reasons, the Motion should be granted.

WHEREFORE, Defendants respectfully request that the Court enter the proposed Order granting Defendants' motion.

Dated: January 21, 2021

Respectfully submitted,

*/s/ Leslie E. John*
Leslie E. John (PA Id. No. 62290)
Matthew I. Vahey (PA Id. No. 315920)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
john@ballardspahr.com
vaheym@ballardspahr.com

William F. Cavanaugh (*pro hac vice*)
Adeel A. Mangi (*pro hac vice*)
Stephanie Teplin (*pro hac vice*)
Jonathan H. Hatch (*pro hac vice*)
George A. LoBiondo (*pro hac vice*)
Sara A. Arrow (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
wfcavanaugh@pbwt.com
aamangi@pbwt.com
steplin@pbwt.com
jhatch@pbwt.com
globiondo@pbwt.com
sarrow@pbwt.com

Thomas O. Barnett (*pro hac vice*)
Ashley E. Bass (*pro hac vice*)
**COVINGTON & BURLING LLP**
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000
tbarnett@cov.com
abass@cov.com

*Counsel for Johnson & Johnson
and Janssen Biotech, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 21, 2021, I electronically filed the foregoing motion using the CM/ECF system, which will send notification of such filing to all parties of record.

<u>*/s/ Leslie E. John*</u>