```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTICT OF PENNSYLVANIA


PFIZER, INC.                    :
                                :   CIVIL ACTION
        Plaintiff               :
    vs.                         :
                                :   NO. 17-CV-4180
JOHNSON & JOHNSON and           :
JANSSEN BIOTECH, INC.           :
                                :
        Defendants              :
```

**O R D E R**

AND NOW, this   21st   day of January, 2021, upon consideration of Defendants' Motion to Withdraw the Appearance of Julia R. Livingston as Counsel (Doc. No. 153) and it appearing to the Court that good cause exists and that Defendants Johnson & Johnson and Janssen Biotech, Inc. will continue to be represented by their remaining counsel in this matter, it is hereby ORDERED that the Motion is GRANTED and Julia R. Livingston is given leave to withdraw her appearance as counsel on behalf of Defendants.

BY THE COURT:


s/ J. Curtis Joyner
_____
J. CURTIS JOYNER,    J.