UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PFIZER INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 17-cv-04180 |
| JOHNSON & JOHNSON and JANSSEN BIOTECH, INC., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

Plaintiff Pfizer Inc. and defendants Johnson & Johnson & Janssen Biotech, Inc. hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Pfizer Inc.'s claims against Johnson & Johnson & Janssen Biotech, Inc. shall be dismissed with prejudice and without costs.

Dated:  July 20, 2021

/s  William F. Cavanaugh
William F. Cavanaugh (*pro hac vice*)
Adeel A. Mangi (*pro hac vice*)
Jonathan H. Hatch (*pro hac vice*)
Stephanie Teplin (*pro hac vice*)
George LoBiondo (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
wfcavanaugh@pbwt.com
aamangi@pbwt.com
jhatch@pbwt.com
steplin@pbwt.com
globiondo@pbwt.com

Leslie E. John (PA 62290)
Matthew I. Vahey (PA 315920)
BALLARD SPAHR LLP

/s  Robert A. Milne
Robert A. Milne (*pro hac vice*)
Michael J. Gallagher (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
Ross E. Elfand (*pro hac vice*)
David H. Suggs (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10025-1095
Tel: (212) 819-8200
rmilne@whitecase.com
mgallagher@whitecase.com
bgant@whitecase.com
relfand@whitecase.com
dsuggs@whitecase.com

Elliott E. Dionisio (*pro hac vice*)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433

1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
john@ballardspahr.com
vaheym@ballardspahr.com

Thomas O. Barnett (*pro hac vice*)
Ashley E. Bass (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000
tbarnett@cov.com
abass@cov.com

*Counsel for Johnson & Johnson and Janssen Biotech, Inc.*

Tel: (213) 620-7700
Fax: (213) 452-2329
elliott.dionisio@whitecase.com

H. Robert Fiebach (PA 02812)
Peter M. Ryan (PA 81816)
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: (215) 665-4166
rfiebach@cozen.com
pryan@cozen.com

*Counsel for Pfizer Inc.*