**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PFIZER, INC.** : | CIVIL ACTION |
| v. : | |
| **JOHNSON & JOHNSON, et al** : | NO.: 17-cv-04180 |
| **NATIONAL EMPLOYEES HEALTH PLAN** : | CIVIL ACTION |
| v. : | |
| **JOHNSON & JOHNSON, et al** : | NO.: 17-cv-04326 |
| **THE WELFARE FUND OF PLUMBERS LOCAL UNION NO. 200** : | CIVIL ACTION |
| v. : | |
| **JOHNSON & JOHNSON, et al** : | NO.: 17-cv-05481 |
| **LOCAL 295 IBT EMPLOYER GROUP WELFARE FUND** : | CIVIL ACTION |
| v. : | |
| **JOHNSON & JOHNSON, et al** : | NO.: 17-cv-05570 |

**O R D E R**

**AND NOW**, this **29ᵀᴴ** day of **JULY 2021**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable J. Curtis Joyner, to the calendar of the Honorable Karen Spencer Marston.

FOR THE COURT:

**JUAN R. SÁNCHEZ
Chief Judge**

ATTEST:

*Kate Barkman*

**KATE BARKMAN
Clerk of Court**