

FOUR SEASONS TOWER
1441 BRICKELL AVENUE
SUITE 1100
MIAMI, FL 33131
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KNPA.COM

August 5, 2021

**VIA ECF**

Hon. J. Curtis Joyner
Senior Judge
U.S. District Court for the Eastern District
of Pennsylvania
17614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:   *Walgreen Co. v. Johnson & Johnson*,
             Case No. 2:18-cv-2357

Dear Judge Joyner:

      My firm represents Plaintiffs Walgreen Co. and The Kroger Co. in Case No. 18-cv-2357.  As Your Honor knows, the *Walgreen* case is related to and coordinated with two other cases against the same defendants arising out of similar facts: *Pfizer* (Case No. 17-4180) and *National Employees Health Plan* (Case No. 17-4326).  The other two cases were recently transferred to Judge Marston.  *See* Case No. 17-4180, ECF 168; Case No. 17-4326, ECF 150.  However, the *Walgreen* case has ***not*** been transferred.  All parties to the *Walgreen* case agree that, in the interest of judicial efficiency, these related cases should be assigned to the same Judge.

                          Respectfully submitted,

                          /s/ Scott E. Perwin

                          Scott E. Perwin

cc: All counsel of record

**TEXAS OFFICE:**
THE CARILLON
2630 EXPOSITION BOULEVARD, SUITE 203A
AUSTIN, TEXAS 78703
TELEPHONE 512.480.8023
FACSIMILE 512.480.8037

**WASHINGTON SATELLITE OFFICE:**
1101 PENNSYLVANIA AVE., N.W. 6TH FLOOR
WASHNGTON, D.C. 20004-2436
TELEPHONE 202.756.4373
FACSIMILE 202.756.7323